McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2726

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KENT,<br><br>　　　　　Defendant and<br>　　　　　Judgment Debtor.<br>_____<br>ETTORE'S,<br><br>　　　　　Garnishee.<br>_____ | MISC. S-02-0047-DFL-JFM<br><br>ORDER OF<br>CONTINUING GARNISHMENT |

A Writ of Continuing Garnishment, directed to the garnishee, has been duly issued and served upon the garnishee.  The garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the judgment debtor is an employee of the garnishee; the judgment debtor's pay period is semi-monthly; and the judgment debtor's disposable earnings per pay period are $1,215.86.

The balance owing by the judgment debtor on the judgment is $46,508.95 as shown in the Application For Writ of Continuing Garnishment filed herein.

1    The judgment debtor was served by the garnishee with the Answer
2 of Garnishee, and has not filed a written objection or requested a
3 hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5).  The
4 debtor has not requested a hearing on a claim of exemption, as set
5 forth in 28 U.S.C. § 3014(b)(2).
6    Pursuant to 28 U.S.C. § 3205(c)(7), after the garnishee files
7 an answer, and if no hearing is requested within the required time
8 period, the court shall promptly enter an order directing the
9 garnishee as to the disposition of the judgment debtor's non-exempt
10 earnings.
11    ACCORDINGLY, IT IS ORDERED that the garnishee Ettore's, shall
12 forward to the U.S. District Court Clerk twenty-five percent (25%)
13 of the disposable earnings (gross wages less <u>required</u> deductions for
14 federal income tax, federal social security, Medicare tax, state
15 income tax, state disability insurance and payments to a <u>public</u>
16 employee retirement system) per pay period owing by the garnishee to
17 the judgment debtor, beginning on the date the garnishee <u>received</u>
18 the Writ of Continuing Garnishment, and continuing said payments for
19 all subsequent pay periods until the judgment in favor of the United
20 States is paid in full.  The garnishee shall, however, pay to the
21 judgment debtor minimum net wages of $303.75 per pay period.
22 DATED: February 26, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/kent.gar

3